ROGER L. GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:           rgrandgenett@littler.com

Attorneys for Defendants
ADESA NEVADA, LLC D/B/A ADESA LAS VEGAS, KAR AUCTION SERVICES INC, and ADESA CORPORATION, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Joshua Lerner, | Case No. 2:20-cv-02304-APG-VCF |
| Plaintiff, | |
| vs. | **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |
| ADESA NEVADA, LLC D/B/A ADESA LAS VEGAS, a Nevada limited liability corporation; KAR AUCTION SERVICES INC, an Indiana Corporation; ADESA CORPORATION, LLC, an Indiana limited liability subsidiary corporation; DOES I thru V, inclusive; ROE CORPORATIONS I thru V, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendants, incorrectly sued as ADESA NEVADA, LLC D/B/A ADESA LAS VEGAS, KAR AUCTION SERVICES INC., and ADESA CORPORATION, LLC (collectively, "Defendants") certifies that the following may have a direct, pecuniary interest in the outcome of the case:

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1. ADESA Nevada, LLC, which is a wholly owned subsidiary of ADESA, Inc.
2. ADESA, Inc., which is a wholly owned subsidiary of KAR Auction Services, Inc.
3. KAR Auction Services, Inc., which is a publicly traded corporation.

Dated: June 28, 2021

Respectfully submitted,

*/s/ Roger L. Grandgenett, II*
ROGER L. GRANDGENETT, II. ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
ADESA NEVADA, LLC D/B/A ADESA LAS VEGAS, KAR AUCTION SERVICES INC, and ADESA CORPORATION, LLC

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

# **PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On June 28, 2021, I served the within document(s):

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

[x] By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Joshua Lerner
6725 Abruzzi Dr Unit 102
North Las Vegas, NY  89084
joshua.lerner@live.com
Pro Se Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2021, at Las Vegas, Nevada.

*/s/ Erin J. Melwak*
Erin J. Melwak

4846-8057-3146

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.