# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSHUA LERNER,

    Plaintiff,

v.

ADESA NEVADA, LLC, et al.,

    Defendants.

Case No. 2:20-cv-02304-APG-VCF

**ORDER**

[Docket No. 19]

Pending before the Court is Defendants' motion to exempt their insurance carrier's representative from appearing at the Early Neutral Evaluation ("ENE") set for August 24, 2021. Docket No. 19.

For good cause shown, Defendants' motion is **GRANTED**. Docket No. 19. Defendants' insurance carrier representative is excused from appearing at the ENE, but must remain available telephonically in the event the representative's input is necessary. All other requirements set forth in the Court's order at Docket No. 18 remain.

IT IS SO ORDERED.

Dated: July 16, 2021

                                                   Nancy J. Koppe
                                                 United States Magistrate Judge