ROGER L. GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       rgrandgenett@litler.com
Attorneys for Defendants
ADESA NEVADA, LLC D/B/A ADESA LAS VEGAS, KAR AUCTION SERVICES INC, and ADESA CORPORATION, LLC

JOSHUA LERNER
1285 Baring Blvd Unit 605
Sparks, NV 89434
Telephone:   702.370.9801
Email:       Joshua.Lerner@Live.com
Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Joshua Lerner, | Case No. 2:20-cv-02304-APG-VCF |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ADESA NEVADA, LLC D/B/A ADESA LAS VEGAS, a Nevada limited liability corporation; KAR AUCTION SERVICES INC, an Indiana Corporation; ADESA CORPORATION, LLC, an Indiana limited liability subsidiary corporation; DOES I thru V, inclusive; ROE CORPORATIONS I thru V, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Pro Se Plaintiff Joshua Lerner and Defendants, incorrectly sued as ADESA NEVADA, LLC D/B/A ADESA LAS VEGAS, KAR AUCTION SERVICES INC., and ADESA CORPORATION, LLC, all parties who have appeared in this action, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear his or its own costs and attorney's fees.

The parties agree that no party shall be deemed to be a prevailing party in this action and that no party will file for an award of attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: July 21, 2021

Respectfully submitted,

*/s/ Joshua Lerner*

JOSHUA LERNER
PRO SE PLAINTIFF

Dated: July 26, 2021

Respectfully submitted,

*/s/ Roger L. Grandgenett II*

ROGER L. GRANDGENETT II, ESQ.
LITTLER MENDELSON, P.C.
Attorneys for Defendants
ADESA NEVADA, LLC D/B/A ADESA LAS VEGAS, KAR AUCTION SERVICES INC., and ADESA CORPORATION, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated this 26th day of July, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE