## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA LERNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADESA NEVADA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-02304-APG-VCF<br><br>**ORDER** |

On July 26, 2021, United States District Judge Andrew P. Gordon granted the parties' stipulation of dismissal with prejudice. Docket No. 23. This case is now closed.

Accordingly, the Early Neutral Evaluation session set for August 24, 2021, is hereby **VACATED**.

IT IS SO ORDERED.

Dated: August 6, 2021

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1